4

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
MAR 09 2018
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18cr20128 |
| Plaintiff, | Hon. JUDITH E. LEVY |
| vs. | |
| D-1, CHRISTIAN MAIRE,<br>D-2, ARTHUR SIMPATICO,<br>D-3, JONATHAN NEGRONI RODRIGUEZ,<br>D-4, MICHAL FIGURA,<br>D-5, ODELL ORTEGA,<br>D-6, BRETT JONATHAN SINTA,<br>D-7, CALEB YOUNG,<br>D-8, DANIEL WALTON,<br>D-9, WILLIAM T. PHILLIPS,<br>Defendants. | VIOL: 18 U.S.C. § 2252A(g)<br>18 U.S.C. § 2251(a)<br>18 U.S.C. § 2251(e)<br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2252A(a)(2)<br>18 U.S.C. § 2252A(b)(1)<br>18 U.S.C. § 2253<br>18 U.S.C. § 2<br>18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 2252A(b)(2) |

## Defendant's Acknowledgment of Indictment

I, William Phillips, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:  
Child Exploitation Enterprise  
18 U.S.C. § 2252A(g)

20 years – life imprisonment, a $250,000 fine, or both

Count 2:  
Conspiracy to Produce Child Pornography  
18 U.S.C. § 2251(a); 2251(e)

15 to 30 years' imprisonment, a $250,000 fine, or both

Count 3:  
Attempted Production and Production of Child Pornography  
18 U.S.C. § 2251(a); 2251(e)

15 to 30 years' imprisonment, a $250,000 fine, or both

Count 4:  
Online Enticement of a Minor  
18 U.S.C. § 2; 2422(b)

10 years – life imprisonment, a $250,000 fine, or both.

Count 5:  
Attempted Production and Production of Child Pornography  
18 U.S.C. § 2251(a); 2251(e)

15 to 30 years' imprisonment, a $250,000 fine, or both

Count 6:  
Online Enticement of a Minor  
18 U.S.C. § 2; 2422(b)

10 years – life imprisonment, a $250,000 fine, or both.

Count 7:
Attempted Production and Production
of Child Pornography
18 U.S.C. § 2251(a); 2251(e)

15 to 30 years' imprisonment,
a $250,000 fine, or both

Count 8:
Online Enticement of a Minor
18 U.S.C. § 2; 2422(b)

10 years – life imprisonment,
a $250,000 fine, or both.

Count 9:
Conspiracy to Receive Child Pornography
18 U.S.C. § 2252(a)(2); 2252(b)(1)

5 to 20 years' imprisonment,
a $250,000 fine, or both

Count 10:
Conspiracy Access with Intent to
View Child Pornography
18 U.S.C. § 2252A(a)(5)(B); 2252A(b)(2)

up to 20 years' imprisonment,
a $250,000 fine, or both.

_____
William Phillips, Defendant

**Acknowledgment of Defense Counsel**

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: February 28, 2018          Counsel for Defendant

3/8/18