UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-9, WILLIAM T. PHILLIPS,

        Defendant.

Case No. 2:18-cr-20128

HON. STEPHEN J. MURPHY, III

_____/

### ORDER OF APPOINTMENT OF ATTORNEY

Lisa Dwyer represented Defendant William Phillips in a separate case, beginning on September 6, 2017. *See* No. 2:17-cr-20632-5, *United States v. Phillips*, ECF 8. On February 27, 2018, Defendant was indicted in the instant case. ECF 15. On March 2, 2018, Dwyer filed a late appearance. ECF 26. Because she had already performed legal services for Defendant prior to March 2, 2018, Dwyer seeks a *nunc pro tunc* Order of Appointment to the date the indictment issued.

**WHEREFORE**, it is hereby **ORDERED** that Lisa Dwyer is **APPOINTED** as Defendant's counsel beginning from February 27, 2018.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: September 27, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 27, 2018, by electronic and/or ordinary mail.

s/ David Parker
Case Manager