UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                  Case No. 2:18–cr–20128–SJM–DRG
                                       Hon. Stephen J. Murphy

William T. Phillips, et al.,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: William T. Phillips

The defendant(s) shall appear before District Judge Stephen J. Murphy, III at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 216, Detroit, Michigan, for the following proceeding(s):

- EVIDENTIARY HEARING: October 28, 2020 at 11:00 AM

**ADDITIONAL INFORMATION:** This will be a in–person hearing and set for both cases.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/D Parker
                                                         Case Manager

Dated: July 2, 2020