UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,       Case # 0645 2:18CR20128 (9)
                                           Case # 0645 2:17CR20632 (5)
                                           Hon. Stephen J. Murphy, III

-vs-

WILLIAM PHILLIPS,

    Defendant-Petitioner.

## MOTION TO WITHDRAW AND APPOINT NEW COUNSEL

Michael Skinner, Counsel for Petitioner William Phillips, moves this Court for an order removing him as counsel and appointing a new attorney.

For about 20 years, Mr. Skinner has had occult macular degeneration. He has experienced slowly deteriorating vision over this period. At his last eye exam on July 21, 2020, at the Low Vision Clinic at Beaumont Hospital, his doctor measured his current, corrected vision at 20/200. With a new prescription, Mr. Skinner's vision will improve to 20/150. Either way, Mr. Skinner's vision has deteriorated into legal blindness.

1

Mr. Skinner does not intend to stop practicing, but he is reducing his case load and trying to adjust to his vision changes, taking cases that work best with his difficulty both driving and using computers.

In other words, Mr. Skinner cannot state that it is impossible for him to continue representing Mr. Phillips, but he it will be difficult and he would prefer to withdraw as he adjusts his practice to his legal blindness.

There should be no prejudice to any party. There is an evidentiary hearing scheduled for October 28, 2020 – a full three months from today. The hearing itself should be simple, involving neither complex issues nor many witnesses. Substitute counsel should be able to acclimate to the file in enough time to meet all obligations to Mr. Phillips and to this Court.

For these reasons, Mr. Skinner respectfully requests that substitute counsel be appointed.

Respectfully submitted,

s/ Michael Skinner
Michael Skinner (P62564)
Law Offices of Michael Skinner
27 E. Flint Street
Lake Orion, Michigan 48362
(248) 693-4100
mskinner@mskinner.com
*Attorney for Petitioner*

Dated: July 28, 2020