UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,

Case No. 2:18-cr-20128-9
2:17-cr-20632-5

v.

HONORABLE STEPHEN J. MURPHY, III

WILLIAM T. PHILLIPS,

         Defendant.

_____/

**ORDER GRANTING MICHAEL SKINNER'S
MOTION TO WITHDRAW AND APPOINT NEW COUNSEL**

Michael Skinner currently represents Defendant in post-trial proceedings in two criminal cases. *United States v. Phillips*, 17-cr-20632-5, ECF 174 ("2017 case"); *United States v. Phillips*, 18-cr-20128-9, ECF 173 ("2018 case"). Mr. Skinner moved to withdraw from the 2018 case. 18-cr-10128, ECF 216. Although he did not move to withdraw in the 2017 case, he included the 2017 case number in the caption of the motion that he filed on the 2018 case docket. *Id.* at PgID 3645. Mr. Skinner stated that he is reducing his caseload, and it would be difficult for him to continue to represent Defendant due Mr. Skinner's macular degeneration and being declared legally blind. *Id.* at 3645. Because of Mr. Skinner's medical conditions, the Court will grant his motion and allow him to withdraw from both cases.

There is also an evidentiary hearing for both cases set for October 28, 2020. ECF 215. The Court will adjourn the hearing for two months so Mr. Phillips may

1

retain new counsel. The evidentiary hearing will now be held on January 6, 2021 at 11:00 AM.

**WHEREFORE**, it is hereby **ORDERED** that Mr. Michael Skinner's motion to withdraw as counsel [18-cr-20128-9, 216] is **GRANTED**. Mr. Skinner may withdraw as counsel for Defendant in 18-cv-20128-9

**IT IS FURTHER ORDERED** that Mr. Skinner's motion to withdraw as counsel in 17-cr-20632-5 is **GRANTED**. Mr. Skinner may withdraw as counsel for Defendant in 17-cr-20632-5.

**IT IS FURTHER ORDERED** that the evidentiary hearing currently scheduled for October 28, 2020 shall be **ADJOURNED** to **January 6, 2021 at 11:00 AM**.

**SO ORDERED**.

                                                        s/ Stephen J. Murphy, III
                                                        STEPHEN J. MURPHY, III
                                                        United States District Judge

Dated: September 16, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 16, 2020, by electronic and/or ordinary mail.

                                                        s/ David P. Parker
                                                        Case Manager