UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-9, D-5 WILLIAM PHILLIPS,

        Defendant.
_____/

Case No. 2:18-cr-20128-9
2:17-cr-20632-5
2:19-cv-12221
2:19-cv-12222

HONORABLE STEPHEN J. MURPHY, III

## CASE MANAGEMENT ORDER

Defendant Phillips has filed identical motions for clarification in the above-captioned habeas cases arising from his participation in child exploitation enterprises. No. 18-cr-20128, ECF 218; No. 17-cr-20632, ECF 251. Phillips asked for clarification about an upcoming evidentiary hearing. No. 18-cr-20128, ECF 218, PgID 3651; No. 17-cr-20632, ECF 251, PgID 3525. Phillips also stated in the motion that his pending "§ 2255 motion[s] originally filed on July 19, 2019 [were] filed without" his knowledge. No. 18-cr-20128, ECF 218, PgID 3650; No. 17-cr-20632, ECF 251, PgID 3524. Because Phillips now claims that he did not authorize the pending § 2255 motions to be filed, and the lawyer who filed them has withdrawn from the case, the Court will consider Phillips's pending § 2255 motions, No. 18-cr-20128, ECF 173; No. 17-cr-20632, ECF 174, to be withdrawn. The Court will therefore order the Clerk of the Court to close the corresponding civil cases, 2:19-cv-12221 and 2:19-cv-12222. And because the habeas motions are withdrawn, the Court will cancel the scheduled evidentiary hearing and will deny the pending motion as moot.

1

Finally, Phillips makes a passing request that his motion and certain unspecified previous filings be filed under seal. No. 18-cr-20128, ECF 218, PgID 3649; No. 17-cr-20632, ECF 251, PgID 3523. The Court issues sealing orders when parties file specific motions detailing which ECF filings they would like sealed and the legal justification for that seal.

**WHEREFORE**, it is hereby **ORDERED** that Phillips's motion for clarification [218, 251] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Phillips's § 2255 motions [No. 18-cr-20128, ECF 173; No. 17-cr-20632, ECF 174] are deemed **WITHDRAWN**.

**IT IS FURTHER ORDERED** that Phillips's motion to amend/correct motion to vacate sentence under 28 U.S.C. § 2255 [18-cr-20128, ECF 205] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **CLOSE** the corresponding civil cases [19-cv-12221 and 19-cv-12222].

**SO ORDERED**.

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: November 23, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 23, 2020, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager